# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **CYNTHIA FINLEY** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V** | § | **CIVIL ACTION NO. 3:22-cv-432** |
| | § | |
| **LANDSTAR INWAY, INC. and** | § | |
| **KENNETH RAY LEYDIG** | § | |
| *Defendants* | § | |

## <u>INDEX OF PLEADINGS FILED IN THE STATE COURT ACTION</u>

TO THE UNITED STATES DISTRICT CLERK:

     Pursuant to 28 U.S.C. § 1447(b), attached hereto are complete true and correct copies of all documents filed in the state court action:

(1) Ellis County Docket Sheet
(2) Plaintiff's Original Petition (01/18/2022)
(3) Service Request Form (01/19/2022)
(4) Citations to Attorney for Services
(5) Executed Service of Citation for Landstar Inway, Inc. (01/26/2022)
(6) Executed Service of Citation for Kenneth Ray Leydig (02/22/2022)
(7) Defendants' Original Answer (02/23/2022)

     Respectfully submitted,

     **COX P.L.L.C.**

     _____

     **Clinton Cox**
     State Bar No. 24040738
     ccox@coxpllc.com
     **Joel A. Richmond**
     State Bar No. 24065974
     jrichmond@coxpllc.com
     8144 Walnut Hill Lane, Suite 1090
     Dallas, Texas 75231
     [Tel] (214) 444-7050
     [Fax] (469) 340-1884

     **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  This will certify that a true and correct copy of the foregoing instrument has been served to all attorneys of record in the above-entitled and numbered cause, in accordance with the Federal Rules of Civil Procedure on this the 23rd day of February 2022.


     _/s/ Joel Richmond_
     Joel Richmond

## Case Information

# FINLEY, CYNTHIA -VS- LANDSTAR INWAY, INC. LEYDIG, KENNETH RAY

107534

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Ellis County - District Clerk | Civil - Injury or Damage | Motor Vehicle Accident | 1/18/2022 |

## Parties ③

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | FINLEY, CYNTHIA | WILLIAMS, KYLE D. |
| Defendant | LANDSTAR INWAY, INC. | Clint Cox |
| Defendant | LEYDIG, KENNETH RAY | Clint Cox |

## Events ⑥

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 1/18/2022 | Filing | Petition | Plaintiff's Original Petition | Plaintiff's Original Petition.pdf |
| 1/19/2022 | Filing | Request | Citation Request Form | Request for Issuance.pdf |
| 1/20/2022 | Filing | E-filed Attorney | RTN CITS TO ATTY FOR SERVICE | 107534CITS.PDF |
| 1/26/2022 | Filing | NO FEE DOCUMENTS | LANDSTAR INWAY INC | LANDSTAR INWAY INC.pdf |
| 2/22/2022 | Filing | NO FEE DOCUMENTS | KENNETH RAY LEYDIG | KENNETH RAY LEYDIG.pdf |
| 2/23/2022 | Filing | Answer/Response | Defendants' Original Answer and Affirmative Defenses | Defendants' Original Answer.pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved
Version: 2022.1.0.10042



**EXHIBIT 1**

CAUSE NO._____ 107534

| | | |
|---|---|---|
| **CYNTHIA FINLEY** | § | **IN THE DISTRICT COURT** |
| *plaintiff,* | § | |
| | § | |
| | § | 40TH |
| **VS.** | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **LANDSTAR INWAY, INC. AND KENNETH** | § | |
| **RAY LEYDIG** | § | **ELLIS COUNTY, TEXAS** |
| *defendant.* | | |

## <u>PLAINTIFF'S ORIGINAL PETITION</u>

PLAINTIFF, CYNTHIA FINLEY files this Original Petition and states the following:

### I.
### <u>CLAIMS FOR RELIEF</u>

Plaintiff brings this action under Tex. R. Civ. P. 47(c)(3) (monetary relief of more than $250,000.00 but less than $1,000,000.00) Plaintiff request that this matter be governed by a "Level 2" discovery plan.

### II.
### <u>PARTIES</u>

Plaintiff CYNTHIA FINLEY is an individual residing in Dallas County, Texas.

Defendant LANDSTAR INWAY, INC. is foreign, for-profit corporation doing business, engaging in business, and/or transacting business in the State of Texas. It is sued in its common name or assumed name pursuant to Tex.R.Civ.P.28 which provides that any partnership, unincorporated association, private corporation, or individual doing business under an assumed name may be sued in its partnership, assumed, or common name. It may be served with citation and process in this cause by serving its registered agent, CT

## EXHIBIT 2

CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201.

Defendant KENNETH RAY LEYDIG is a nonresident, out of state motorist with a residence in Port Orange, Florida. Pursuant to Texas Civil Practice and Remedies Code 17.061, Defendant can be served with process via Defendant's agent for service – the CHAIR OF THE TEXAS TRANSPORATION COMMISSION, who may be found at –

J. BRUCE BUGG, JR., CHAIRMAN
TEXAS RANSPORTATION COMMISSION
125 E. 11TH STREET
AUSTIN, TEXAS 78701-2483

### III.
### VENUE AND JURISDICTION

Venue is proper in this Court because Ellis County, Texas is the location where all or a substantial part of the events or omissions giving rise to the claim occurred. Furthermore, this Court has jurisdiction in that the damages claimed are within the jurisdictional limits of this Court.

### IV.
### FACTS

Plaintiffs would show that on or about March 31, 2020, Plaintiff was in a vehicle driving in Ellis County, Texas. Suddenly and without warning, a vehicle driven Kenneth Ray Leydig, an employee of Defendant Landstar Inway, Inc. collided with the Plaintiff's vehicle. Defendant Leydig's negligence was the proximate cause of the collision. This collision caused Plaintiff to suffer serious injuries and damages.

**V.**
**CAUSES OF ACTION**

**A.**     NEGLIGENCE of KENNETH RAY LEYDIG

Defendant KENNETH RAY LEYDIG was negligent as follows:

(a)     In failing to keep a proper lookout;

(b)     In failing to make a timely and proper application of the brakes;

(c)     In failing to take proper evasive action to avoid the collision;

(d)     In failing to maintain a reasonable speed, or failing to control speed;

(e)     In failing to maintain control of the vehicle.

Each of these acts and omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of Plaintiff's action and Plaintiff's injuries and damages.

**VI.**
**RESPONDEAT SUPERIOR**

For additional cause of action, Plaintiff alleges that each and every named Defendant Landstar Inway, Inc. is liable for the wrongful actions or omissions of its employees, agents, or servants according to the doctrine of *respondeat superior*.

Plaintiff would show that all relevant times Defendant's employee was in the course and scope of his employment with Defendant Landstar Inway, Inc. and was acting in furtherance of the business of said Defendant.

**VII.**
**NEGLIGENT ENTRUSTMENT**

Defendant Landstar Inway, Inc. was guilty of negligent entrustment in that it

entrusted the vehicle to its employee. Landstar Inway, Inc. knew or should have known that its employee, was incapable of safely operating the vehicle in question in that he was an incompetent and/or reckless driver and that its employee's operation of the vehicle would endanger the health and safety of persons such as Plaintiff.

**VIII.**
**NEGLIGENT HIRING AND RETENTION**

Plaintiff would show that Defendant, Landstar Inway, Inc. was negligent in hiring the driver as an employee and was negligent in retaining him as an employee. Such negligence was a proximate cause of the collision and the significant of injuries and damages to Plaintiff.

**IX.**
**NEGLIGENT SUPERVISION AND TRAINING**

Plaintiff would show that Defendant was negligent in failing to properly train and supervise its driver, an employee. Such negligence was a proximate cause of the collision as well as Plaintiff's injuries and damages.

**X.**

**DAMAGES**

Plaintiff CYNTHIA FINLEY seeks damages for the following:

a.  Medical Expenses: Past and Future;

b.  Physical Pain and Suffering: Past and Future;

c.  Mental Anguish: Past and Future;

d.  Physical Impairment/Disability: Past and Future;

e.  Lost wages: Past;

f.   Property Damage

## XI.
## NOTICE OF INTENT

Pursuant to Tex. R. Civ. P. 193.7, Plaintiff intends to use documents produced by Defendants in writing at any pretrial conference and/or trial of the above-referenced matter. Plaintiff also intends to use such documents as proof of support or oppose any summary judgment pursuant to Tex. R. Civ. P. 166a(d).

## XII.
## REQUEST FOR JURY TRIAL

Plaintiff in the above-entitled and numbered cause has requested a jury trial. Plaintiff has tendered appropriate fees.

## XIII.
## RELIEF SOUGHT

Plaintiff requests that this case be tried after which Plaintiff recovers:

1.   Judgment against Defendant for a sum within the jurisdictional limits of the Court for the damages indicated above;

2.   Pre-judgment and post-judgment interest at the maximum amount allowed by law;

3.   Costs of suit;

4.   Such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted,

**JOHNSON, ZEGEN, SCOTT AND WILLIAMS, PLLC**

BY:      */s/ Kyle D. Williams*
_____

**KYLE D. WILLIAMS**
State Bar No. 24072815
12222 Merit Drive, Suite 1203
Dallas, Texas 75251
(214) 295-2900, phone
(214) 265-7626, fax
ATTORNEY FOR PLAINTIFF

Filed 1/19/2022 3:52 PM
Melanie Reed
District Clerk
Ellis County, Texas

**ELLIS COUNTY DISTRICT CLERK**                                                   **(972)825-5091**

### REQUEST FOR ISSUANCE – E-FILING OR PRO SE

### CITATIONS, PRECEPTS, NOTICES, WRITS, TRO'S

### PLEASE USE OTHER REQUEST FORMS (FOUND ON OUR WEBSITE) FOR ANY OTHER TYPE OF ISSUANCE

- This document MUST be filed as a separate LEAD document when e-filing.
- Issuance will NOT be done until this completed form is received.
- Choose the filing code "Request" (if able), then select the type of issuance under "Optional Services".
- If a service document is required, you MUST add the copy fees under "Optional Services" & enter the quantity of pages for each document to be served.

**CAUSE NUMBER:** _____

**TITLE OF DOCUMENT/S TO BE SERVED:** _____

**STYLE OF CASE:** _____

### PLEASE SELECT BELOW THE TYPE AND QUANTITY OF ISSUANCE/S NEEDED:

| TYPE | COST | QUANTITY | TYPE | COST | QUANTITY |
|------|------|----------|------|------|----------|
| Citation | $8 | _____ | Writ: Execution | $8 | _____ |
| Precept / Notice | $8 | _____ | Writ: Commitment | $8 | _____ |
| Temp Restraining Order | $8 | _____ | Writ: Garnishment | $8 | _____ |
| Scire Facias | $8 | _____ | Writ: Sequestration | $8 | _____ |
| Writ: Attachment | $8 | _____ | Writ: Turnover | $8 | _____ |
| Writ: Possession | $8 | _____ | Writ: Other | $8 | _____ |

Requestor Name: _____

Requestor Phone No.:_____

E-Mail:_____

**(This e-mail address should be listed by you under "Service Contacts" in e-filing.)**

# EXHIBIT 3

**All Issuance will be e-filed back to the e-mail address listed on page 1 unless otherwise indicated by choosing one of the following:**

I am Pro Se and will pick up my issuance. **This option is ONLY available if Pro-Se.**

Service by Certified Mail – Please pay for service copy under "Optional Services".

I would like restricted certified mail:  Y          N

Service by Sheriff or Constable – Please pay for service copy under "Optional Services".

Sheriff          Const., Pct 1          Const., Pct 2          Const., Pct 3          Const., Pct 4

Posting – A Motion & Order are required. Please pay for a service copy under "Optional Services".

Publication – A Motion & Order are required. Which publication: _____

## Service Information:

**NAME OF PARTY TO BE SERVED**: _____ Type of Issuance: _____

Address for service (include registered agent of applicable):

_____

_____

_____

**NAME OF PARTY TO BE SERVED**: _____ Type of Issuance: _____

Address for service (include registered agent if applicable):

_____

_____

_____

**NAME OF PARTY TO BE SERVED**: _____ Type of Issuance: _____

Address for service (include registered agent if applicable):

_____

_____

_____

IF THERE ARE MORE PARTIES TO BE SERVED, PLEASE USE THE 2ND PAGE OF AN ADD'L REQUEST FORM. THANK YOU

# THE STATE OF TEXAS
## COUNTY OF ELLIS
CAUSE NO: 107534
# CITATION

**TO:**  **LANDSTAR INWAY, INC.**
**REG. AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN ST, STE 900**
**DALLAS, TX 75201**

DEFENDANT, in the hereinafter styled and numbered cause: 107534

You are hereby commanded to appear before 40TH JUDICIAL DISTRICT COURT of ELLIS COUNTY, TEXAS to be held at the courthouse of said county in the City of Waxahachie, County of Ellis County, Texas, by filing a written answer to the petition of PLAINTIFF at or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **107534** styled

**FINLEY, CYNTHIA**
**-VS-**
**LANDSTAR INWAY, INC. AND**
**LEYDIG, KENNETH RAY**

Filed in said court on the 01/18/2022

The name and address of the attorney for PLAINTIFF, or the address of the PLAINTIFF is: KYLE D. WILLIAMS , 12222 MERIT DR, STE 1203, DALLAS, TX 75251.

**NOTICE TO DEFENDANT**: "You have been sued. You may employ an attorney. If you or your attorneys do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TEXASLAWHELP.ORG."

WITNESS: Melanie Reed, District Clerk of the District Court of Ellis County, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT COUNTY OF ELLIS, TEXAS, ON THIS THE 20th day of January, 2022.

**Melanie Reed, District Clerk**
**109 S. Jackson Street Rm. 209**
**Waxahachie, TX 75165**

**SEAL**

By _____
Mary Hinds, Deputy

**EXHIBIT 4**

Copy from re:SearchTX

**SERVICE RETURN - CAUSE # 107534**

| | |
|---|---|
| **FINLEY, CYNTHIA** | |
| -VS- | **IN THE 40TH JUDICIAL DISTRICT COURT** |
| **LANDSTAR INWAY, INC.** | **OF** |
| **LEYDIG, KENNETH RAY** | **ELLIS COUNTY, TEXAS** |

**NAME AND ADDRESS FOR SERVICE:**
LANDSTAR INWAY, INC.
REG. AGENT: CT CORPORATION SYSTEM
1999 BRYAN ST, STE 900
DALLAS, TX 75201

Came to hand on the _____ day of _____, 20____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to the within named defendants, in person, a true copy of this Citation with
the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION, at the
following times and places, to-wit:

**Name**                     **Date/Time**              **Place, Course and Distance from Courthouse**

_____      _____          _____

And not executed as to the defendant(s), _____

The cause or failure to execute this process and the diligence used in finding said defendant(s) being:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____      _____, Sheriff, Constable, or Court Clerk ONLY
Total                      $_____                            (All others below)

                                         _____, County, Texas

                                         By:_____, Deputy

                                         _____, Affiant

**COMPLETE AND SIGN IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must
either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially
the following form:

"My name is _____, my date of birth is _____, and my address is
                        (First, Middle, Last)
_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of _____.

                          _____
                          Declarant/Authorized Process Server

                          _____
                          (Id # & expiration of certification)

| | |
|---|---|
| **RETURN TO:** | STATE OF TEXAS § |
| Melanie Reed Ellis County District Clerk | COUNTY OF ELLIS § |
| 109 S. Jackson Street Rm. 209 | SIGNED under oath before me on this _____day of |
| Waxahachie, TX 75165 | _____,20___. |

                          _____
                          Notary Public, State of Texas

Copy from re:SearchTX

# THE STATE OF TEXAS
## COUNTY OF ELLIS
CAUSE NO: 107534

## CITATION

**TO:**   **LEYDIG, KENNETH RAY**
**AGENT FOR SERVICE: J. BRUCE BUGG, JR, CHAIRMAN, TX TRANSPORTATION COMMISSION**
**125 E. 11TH ST**
**AUSTIN, TX 78701-2483**

DEFENDANT, in the hereinafter styled and numbered cause: 107534

You are hereby commanded to appear before 40TH JUDICIAL DISTRICT COURT of ELLIS COUNTY, TEXAS to be held at the courthouse of said county in the City of Waxahachie, County of Ellis County, Texas, by filing a written answer to the petition of PLAINTIFF at or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **107534** styled

**FINLEY, CYNTHIA**
**-VS-**
**LANDSTAR INWAY, INC. AND**
**LEYDIG, KENNETH RAY**

Filed in said court on the 01/18/2022

The name and address of the attorney for PLAINTIFF, or the address of the PLAINTIFF is: KYLE D. WILLIAMS , 12222 MERIT DR, STE 1203, DALLAS, TX 75251.

**NOTICE TO DEFENDANT**: "You have been sued. You may employ an attorney. If you or your attorneys do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TEXASLAWHELP.ORG."

WITNESS: Melanie Reed, District Clerk of the District Court of Ellis County, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT COUNTY OF ELLIS, TEXAS, ON THIS THE 20th day of January, 2022.

**Melanie Reed, District Clerk**
**109 S. Jackson Street Rm. 209**
**Waxahachie, TX 75165**

**SEAL**

By _____
Mary Hinds, Deputy

Copy from re:SearchTX

**SERVICE RETURN - CAUSE # 107534**

FINLEY, CYNTHIA
-VS-
LANDSTAR INWAY, INC.
LEYDIG, KENNETH RAY

IN THE 40TH JUDICIAL DISTRICT COURT
OF
ELLIS COUNTY, TEXAS

**NAME AND ADDRESS FOR SERVICE:**
LEYDIG, KENNETH RAY
AGENT FOR SERVICE: J. BRUCE BUGG, JR, CHAIRMAN, TX TRANSPORTATION COMMISSION
125 E. 11TH ST
AUSTIN, TX 78701-2483

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in
_____ County, Texas by delivering to the within named defendants, in person, a true copy of this Citation with
the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION, at the
following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The cause or failure to execute this process and the diligence used in finding said defendant(s) being:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____              _____, Sheriff, Constable, or Court Clerk ONLY
Total                      $_____                           (All others below)
                                                 _____, County, Texas
                                         By:_____, Deputy
                                                 _____, Affiant

**COMPLETE AND SIGN IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must
either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially
the following form:

"My name is _____, my date of birth is _____, and my address is
          (First, Middle, Last)
_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # & expiration of certification)

**RETURN TO:**
Melanie Reed Ellis County District Clerk
109 S. Jackson Street Rm. 209
Waxahachie, TX 75165

STATE OF TEXAS        §
COUNTY OF ELLIS       §
SIGNED under oath before me on this _____day of
_____,20___.

_____
Notary Public, State of Texas

Copy from re:SearchTX

107534

Filed 1/26/2022 11:02 AM
Melanie Reed
District Clerk
Ellis County, Texas

Case 3:22-cv-00432-M   Document 1-3   Filed 02/23/22   Page 16 of 26   PageID 24

### THE STATE OF TEXAS
### COUNTY OF ELLIS
#### CAUSE NO: 107534
### CITATION

TO:    LANDSTAR INWAY, INC.
        REG. AGENT: CT CORPORATION SYSTEM
        1999 BRYAN ST, STE 900
        DALLAS, TX 75201

DEFENDANT, in the hereinafter styled and numbered cause: 107534

You are hereby commanded to appear before 40TH JUDICIAL DISTRICT COURT of ELLIS COUNTY, TEXAS to be held at the courthouse of said county in the City of Waxahachie, County of Ellis County, Texas, by filing a written answer to the petition of PLAINTIFF at or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number 107534 styled

### FINLEY, CYNTHIA
### -VS-
### LANDSTAR INWAY, INC. AND
### LEYDIG, KENNETH RAY

Filed in said court on the 01/18/2022

The name and address of the attorney for PLAINTIFF, or the address of the PLAINTIFF is: KYLE D. WILLIAMS , 12222 MERIT DR, STE 1203, DALLAS, TX 75251.

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorneys do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TEXASLAWHELP.ORG."

WITNESS:  Melanie Reed, District Clerk of the District Court of Ellis County, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT COUNTY OF ELLIS, TEXAS, ON THIS THE 20th day of January, 2022.

                                **Melanie Reed, District Clerk**
                                **109 S. Jackson Street Rm. 209**
                                **Waxahachie, TX 75165**

**SEAL**

                              By _____
                                  Mary Hinds, Deputy



**EXHIBIT 5**

## SERVICE RETURN – CAUSE # 107534

FINLEY, CYNTHIA
-VS-
LANDSTAR INWAY, INC.
LEYDIG, KENNETH RAY

IN THE 40TH JUDICIAL DISTRICT COURT
OF
ELLIS COUNTY, TEXAS

**NAME AND ADDRESS FOR SERVICE:**
LANDSTAR INWAY, INC.
REG. AGENT: CT CORPORATION SYSTEM
1999 BRYAN ST, STE 900
DALLAS, TX 75201

Came to hand on the 21st day of January, 20 22 at 6:00, o'clock P.m., and executed in
DALLAS County, Texas by delivering to the within named defendants, in person, a true copy of this Citation with
the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION, at the
following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| LANDSTAR INWAY INC, B/S ITS R/A, CT CORPORATION SYSTEM, THROUGH GEORGE MARTINEZ | 1/24/22 2:34pm | 1999 BRYAN ST, #900, DALLAS, TX 75201 |

And not executed as to the defendant(s), _____

The cause or failure to execute this process and the diligence used in finding said defendant(s) being:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____
Total                      $_____

_____, Sheriff, Constable, or Court Clerk ONLY
(All others below)

_____, County, Texas
By: _____, Deputy

_____, Affiant

**COMPLETE AND SIGN IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must
either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially
the following form:

"My name is STEVEN J. FREUDENTHAL, my date of birth is 6/22/62, and my address is
5617 WHITEWOOD CI, THE COLONY, TX 75056
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in DALLAS County, State of TX, on the 25th day of JANUARY 2022.

_____
Declarant/Authorized Process Server
1883 Ex 10/31/22
(Id # & expiration of certification)

**RETURN TO:**
Melanie Reed Ellis County District Clerk
109 S. Jackson Street Rm. 209
Waxahachie, TX 75165

STATE OF TEXAS      §
COUNTY OF ELLIS     §
SIGNED under oath before me on this 25 day of
January, 2022.

_____
Notary Public, State of Texas

HEATHER L. BORK
Notary Public, State of Texas
Comm. Expires 03-14-2025
Notary ID 129357186

Copy from re:SearchTX

107534
Ellis County - District Clerk
Filed 2/22/2022 9:47 AM
Melanie Reed
District Clerk
Ellis County, Texas

Case 3:22-cv-00432-M   Document 1-3   Filed 02/23/22   Page 18 of 26   PageID 26

### THE STATE OF TEXAS
### COUNTY OF ELLIS
### CAUSE NO: 107534
## CITATION

**TO:**  **LEYDIG, KENNETH RAY**
**AGENT FOR SERVICE: J. BRUCE BUGG, JR, CHAIRMAN, TX TRANSPORTATION COMMISSION**
**125 E. 11TH ST**
**AUSTIN, TX 78701-2483**

DEFENDANT, in the hereinafter styled and numbered cause: 107534

You are hereby commanded to appear before 40TH JUDICIAL DISTRICT COURT of ELLIS COUNTY, TEXAS to be held at the courthouse of said county in the City of Waxahachie, County of Ellis County, Texas, by filing a written answer to the petition of PLAINTIFF at or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **107534** styled

### FINLEY, CYNTHIA
### -VS-
### LANDSTAR INWAY, INC. AND
### LEYDIG, KENNETH RAY

Filed in said court on the 01/18/2022

The name and address of the attorney for PLAINTIFF, or the address of the PLAINTIFF is: KYLE D. WILLIAMS , 12222 MERIT DR, STE 1203, DALLAS, TX 75251.

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorneys do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TEXASLAWHELP.ORG."

WITNESS:  Melanie Reed, District Clerk of the District Court of Ellis County, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT COUNTY OF ELLIS, TEXAS, ON THIS THE 20th day of January, 2022.

**Melanie Reed, District Clerk**
**109 S. Jackson Street Rm. 209**
**Waxahachie, TX 75165**

                    **SEAL**

By _____
    Mary Hinds,  Deputy



## EXHIBIT 6

**SERVICE RETURN - CAUSE # 107534**

FINLEY, CYNTHIA
   -VS-
LANDSTAR INWAY, INC.
LEYDIG, KENNETH RAY

IN THE 40TH JUDICIAL DISTRICT COURT
OF
ELLIS COUNTY, TEXAS

NAME AND ADDRESS FOR SERVICE:
LEYDIG, KENNETH RAY
AGENT FOR SERVICE: J. BRUCE BUGG, JR, CHAIRMAN, TX TRANSPORTATION COMMISSION
125 E. 11TH ST
AUSTIN, TX 78701-2483

Came to hand on the 21st day of ___January___, 20 22, at 6:00 , o'clock P .m., and executed in ___Travis___ County, Texas by delivering to the within named defendants, in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Kenneth Ray Leydig | 1/28/22 6:29Am | 125 E 11th Street Austin Texas 78701 |

And not executed as to the defendant(s), _____

The cause or failure to execute this process and the diligence used in finding said defendant(s) being:

_____

and the information received as to the whereabouts of said defendant(s) being:

FEES: By CMRRR # 7021 19700000 8324 8030 , Sheriff, Constable, or Court Clerk ONLY
Serving Petition and Copy $ _____ (All others below)
Total      $ 75 _____ , County, Texas

By: _____ , Deputy
_____ , Affiant

**COMPLETE AND SIGN IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _Daisy Garcia_ , my date of birth is _4-22-1996_ , and my address is
   (First, Middle, Last)
5930 LBJ Freeway #307 Dallas TX 75240
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _Travis_ County, State of _TX_ , on the 28th day of _January 2022_

_____
Declarant/Authorized Process Server
1969 Exp 6/30/23
(Id # & expiration of certification)

**RETURN TO:**
Melanie Reed Ellis County District Clerk
109 S. Jackson Street Rm. 209
Waxahachie, TX 75165

STATE OF TEXAS    §
COUNTY OF ELLIS    §
SIGNED under oath before me on this _____ day of
_____ ,20___ .

_____
Notary Public, State of Texas

Copy from re:SearchTX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Kenneth Ray Leydig*

ORTATION COMMISSION
ATTN: CHAIRMAN
125 E. 11th STREET
AUSTIN, TEXAS 78701-2483

9590 9402 4972 9063 3810 06

2. Article Number (Transfer from service label)

7021 1970 0000 8224 8030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Randall R_
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery JUNE 8 2022
Randall Tod

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**CAUSE NO. 107534**

| | | |
|---|---|---|
| **CYNTHIA FINLEY** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **V** | § | **40th JUDICIAL DISTRICT** |
| | § | |
| **LANDSTAR INWAY, INC. and** | § | |
| **KENNETH RAY LEYDIG** | § | |
| *Defendants.* | § | **ELLIS COUNTY, TEXAS** |

---

### DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW** Landstar Inway, Inc. and Kenneth Ray Leydig, Defendants in the above-styled cause, and file this, their Original Answer to Plaintiff's Original Petition. By way of same, Defendants would respectfully show the Court the following:

### I.
### GENERAL DENIAL

1.     Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny each and every, all and singular, the allegations contained in Plaintiff's Original Petition and, being allegations of fact, demand strict proof thereof by a preponderance of the evidence.

### II.
### AFFIRMATIVE DEFENSES

2.     Defendants contend that the alleged accident made the basis of this lawsuit and the alleged damages, if any, were caused by the negligence of persons or third-parties over whom Defendants had no control, and for whom Defendants are not in law responsible. Such negligence was the sole cause or, alternatively, a proximate cause of the alleged occurrence in question and the alleged damages, if any.

**EXHIBIT 7**

---

3.     Pleading further, Defendants raise the affirmative defense of proportionate responsibility pursuant to Tex. Civ. Prac. & Rem. Code §33.001.  Specifically, Defendants would show that at the time and on the occasion in question, Plaintiff Cynthia Finley failed to exercise that degree of care and caution that would have been exercised by a person of ordinary prudence, under the same or similar circumstances.  Accordingly, Cynthia Finley's acts and/or omissions constitute negligence, and such negligence was the sole cause, or in the alternative, a proximate cause of the accident in question, and the damages and injuries, if any, sustained by Plaintiff herein. Therefore, Plaintiff is barred, in whole or in part, from a recovery of damages from Defendants.

4.     Pleading further, and in the alternative, Defendants would show the damages alleged in Plaintiff's Petition, if any, were the result of a superseding and/or independent intervening cause, and Plaintiff cannot therefore provide a basis for any recovery against Defendant.

5.     Defendants affirmatively plead that this was an unavoidable accident.

6.     Further answering, if same be necessary, and without waiving any of the matters hereinabove asserted, Defendants would show that Plaintiff's claims of physical and/or mental ailments in this cause were, in whole or in part, proximately caused solely and/or proximately by prior and/or subsequent accidents, events, or occurrences.

7.     Defendants further plead that Plaintiff's damages, if any, were caused by an intervening cause, and/or new and independent cause which broke any causal connection between Defendants' acts and/or omissions and Plaintiff's damages.  The intervening cause, and/or new independent cause was unforeseeable and a superseding cause of Plaintiff's damages, if any. Therefore, Defendants are not liable for such damages.

8.     Defendants further affirmatively pleads that Plaintiff failed to mitigate her claimed damages.

**Defendants' Original Answer and Affirmative Defenses**                                                  **Page 2 of 5**

**III.**
**LIMITATIONS ON DAMAGES**

9.      Defendants invoke Section 18.091 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be presented in the form of net loss after reduction of income tax payments or unpaid tax liability. Defendants further request the court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal or state income taxes.

10.      Defendants further invoke Section 41.0105 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiff. Defendants request the court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

11.      Defendants further invoke the protections and limitations of Texas Finance Code sections 304.103, 304.1045, and 304.003, relating to any award of pre- and/or post-judgment interest.

12.      Defendants reserve the right to amend or supplement this Answer, at a later time in the proceedings.

**IV.**
**DEMAND FOR JURY TRIAL**

13.      Defendants hereby demand a trial by jury.

**V.**
**NOTICE OF INTENT**

14.     Defendants hereby give notice of intent to utilize items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure, 193.7.

**VI.**
**REQUEST FOR DEPOSITIONS**

15.     Should this matter not be dismissed or adjudicated by preliminary motion, Defendants hereby request dates for the depositions of Plaintiff, Plaintiff's family and friends, experts, medical providers, as well as any accident or pre-accident witnesses.  Defendants envision such depositions will need to be taken after reasonable time for written discovery, including Defendants being provided, or seeking through subpoena, the relevant records related to this accident and Plaintiff's alleged damages.

**VII.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendants Landstar Inway, Inc. and Kenenth Ray Leydig pray that Plaintiff takes nothing by this suit; and that Defendants go hence without delay and recover all costs expended on their behalf.  Praying further, Defendants pray for such other and further relief, either at law or in equity, to which Defendants may be justly entitled.

Respectfully submitted,

**COX P.L.L.C**

**Clinton V. Cox, IV**
State Bar No. 24040738
ccox@coxpllc.com
**Joel A. Richmond**
State Bar No. 24065974
jrichmond@coxpllc.com
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
Tel: (214) 444-7050
Fax: (469) 340-1884

**ATTORNEYS FOR DEFENDANTS
LANDSTAR INWAY, INC AND
KENNETH RAY LEYDIG**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorneys of record, pursuant to the Texas Rules of Civil Procedure, on this the 23rd day of February 2022.

*/s/ Joel Richmond*

Joel Richmond

---

**Defendants' Original Answer and Affirmative Defenses**                                              **Page 5 of 5**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Donna Gordon on behalf of Joel Richmond
Bar No. 24065974
dgordon@coxpllc.com
Envelope ID: 62002167
Status as of 2/23/2022 11:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle Williams | 24072815 | kyle@jzswlaw.com | 2/23/2022 11:09:53 AM | SENT |